## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ENVIRONMENTAL PROTECTION
COMMISSION OF HILLSBOROUGH
COUNTY, FLORIDA

Plaintiff,

v.                                                     Case No. 8:20-cv-2238-T-33JSS

MERCEDES-BENZ USA, LLC;
DAIMLER AKTIENGESELLSCHAFT;
ROBERT BOSCH, LLC; ROBERT
BOSCH GmbH;

Defendants.

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* pending in the United Stated District Court for the Northern District of California, San Francisco Division, before the Honorable Charles R. Breyer, Case No. 3:15-md-02672-CRB.

Consequent to the U.S. Environmental Protection Agency accused Volkswagen (VW) of lying over pollution tests and violating the Clean Air Act in September 2015, Volkswagen admitted to secretly installing so-called defeat device software in at least 11 million vehicles, about half a million of which had been sold in the U.S. The software reduced nitrogen oxide emissions in vehicles to pass government-mandated emissions tests, but then increased the vehicles' emissions up to 40 times the legal limit when driven. Volkswagen's emissions cheating scheme came to life in early 2007 as part of an aggressive plan to grow the company,

doubling its revenue between 2007 and 2015, and continued to increase its revenue year over year even after the scandal broke. In the years since Volkswagen admitted wrongdoing, it has reached billions of dollars in settlements with drivers and regulators. Unlike Volkswagen, Bosch Auto parts maker Robert Bosch GmbH and its North American unit Robert Bosch LLC were initially named as defendants but did not concede liability and were dismissed from the case in June 2020. A sprawling multidistrict litigation is still ongoing.

> *In re: EPC of Hillsborough County et al. v. Volkswagen Group of America et al.,* pending in United States Court of Appeals for the Ninth Circuit, Case No. 18-15937.

The Environmental Protection Commission of Hillsborough County (EPC) filed a complaint against Volkswagen AG, Volkswagen Group of America, Inc., AUDI AG, Audi of America, LLC, and Porsche Cars North America, Inc. in the United States District Court of the Middle District of Florida, Case No. 8:16-cv-00721-SDM-TBM. On March 24, 2016, the case was transferred and has been subject to active and ongoing litigation through the underlying MDL *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*. The EPC of Hillsborough County's lawsuit alleges Volkswagen's use of emissions-cheating devices violated local anti-tampering laws, and stems from the EPA's investigation into Volkswagen's 2015 admission that it rigged their "clean diesel" vehicles in the U.S. with emissions-cheating software defeat devices.

Most recently, the Ninth Circuit agreed with the Environmental Protection Commission of Hillsborough County, Florida that the district court was wrong to find the CAA preempted claims that VW and other carmakers tampered with the devices after the vehicles had been sold. The same three-judge panel that ruled in favor of the EPC on June 1, 2020 also granted Volkswagen Group of America Inc.'s motion to stay mandate on September 3, 2020 to allow Volkswagen file a petition for writ of certiorari in the Supreme Court challenging the Ninth Circuit's June decision.

Bosch Auto parts maker Robert Bosch GmbH and its North American unit Robert Bosch LLC remain named defendants accused of aiding VW in their alleged emissions cheating and have not conceded liability.

> *In re: Mercedes-Benz Emissions Litigation,* pending in the

United States District Court of New Jersey before the Honorable Kevin McNulty, Case No. case number 2:16-cv-00881-KM-ESK.

In September 2020, Mercedes-Benz USA LLC and its German parent Daimler AG agreed to resolve a class suit by driver consumers sold diesel vehicles with emissions-cheating software made by Robert Bosch GmbH. The settlement resolved litigation initiated in 2016, following the similar scandal over fellow German carmaker Volkswagen's use of defeat device software to bypass emissions standards. Here, Daimler programmed the BlueTEC diesel technology in some vehicles made by Mercedes-Benz to perform much better during emissions testing than during actual driving. While the BlueTEC cars emit nitrogen oxides at levels many times higher than the U.S. Environmental Protection Agency allows, Daimler marketed them as "clean diesel" vehicles.

Bosch, the German auto parts giant accused of aiding both VW and Mercedes-Benz in their alleged emissions cheating, tried to escape the New Jersey case earlier this year. An earlier order in the case forced Mercedes, Daimler and Bosch GmbH unit Bosch LLC to face the allegations, and the judge said there was no reason to let the Bosch parent avoid the lawsuit. Bosch Defendants refused to participate in a settlement and remain defendants in this litigation

This Daimler settlement deal is tied to the subsequent agreements between Mercedes and Daimler with California Air Resources Board, the U.S. Department of Justice's Environmental Division and U.S. Customs and Border Protection.

> *United States of America v. Daimler AG et al.,* pending in the United States District Court for the District of Columbia, Case No. 1:20-cv-2564
>
> *People of the State of California v. Daimler AG et al.,* pending in the United States District Court for the District of Columbia, Case No. 1:20-cv-2565.

In September 2020, Daimler and subsidiary Mercedes-Benz resolved complaints co-filed by the United States Department of Justice, on behalf of the Environmental Protection Agency (EPA) and the California Air Resources Board (CARB) to end claims they installed software in cars to cheat emissions tests similar to fellow German carmaker Volkswagen's scandal over use of defeat device software

to bypass emissions standards. The settlement addresses allegations that, from 2009 to 2016, Daimler manufactured, imported, and sold more than 250,000 diesel Sprinter vans and passenger cars with undisclosed auxiliary emission control devices (AECDs), and defeat devices programmed into the vehicles' complex emissions control software.

Daimler will pay a civil penalty for its alleged civil violations of the Clean Air Act split between the United States and to the CARB.  The settlement also requires Daimler to implement a recall and repair program consisting of a software update and replacement of select hardware into compliance as a mitigation effort with applicable emissions standards under the Clean Air Act, and implement new internal audit procedures designed to prevent future emissions cheating. The recall program and federal mitigation project are in addition to local mitigation projects in California.

*Counsel informs the Court of these cases as an abundance of caution in deference to compliance with and likely surplus to their duty and requirements described in local rule 1.04(d). While these noticed cases are of a similar nature and share certain factual components and defendant parties, the allegations and circumstances of each case are distinct from the allegations made by EPC Hillsborough in this action and relief sought by EPC Hillsborough is neither contemplated nor discharged by any preceding litigation.  Plaintiff's' likely over-reporting to ensure compliance with the local rule is further understood to not prejudice any party before this Court.*

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:       October 16, 2020

4

*/s/ C. Lance Gould*
W. Daniel "Dee" Miles, III*
C. Lance Gould*
H. Clay Barnett*
Lauren E. Miles*
Tyner Helms*
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Dee.Miles@BeasleyAllen.com
Lance.Gould.@BeasleyAllen.com
Clay.Barnett@BeasleyAllen.com
Lauren.Miles@BeasleyAllen.com
Tyner.Helms@BeasleyAllen.com

*\* admitted pro hac vice*

*/s/ Luis Martinez-Monfort*
Luis Martinez-Monfort
Florida Bar No. 0132713
GARDNER BREWER MARTINEZ-MONFORT, P.A.
400 North Ashley Drive, Suite 1100
Tampa, Florida 33602
lmmonfort@gbmmlaw.com
litigation@gbmmlaw.com
**Designated Trial Counsel per Local Rule 1.05(c)**

*/s/ Thomas L. Young*
Thomas L. Young
Florida Bar No. 0231680
LAW OFFICE OF THOMAS L. YOUNG, P.A.
209 South Howard Ave.
Tampa, Florida 33606
tyoung@tlylaw.com

*Counsel of Record for Plaintiff, The Environmental Protection Commission of Hillsborough County, Florida*